**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 100 Percent Chiropractic Foster, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | 100% Chiropractic West Cobb |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-4184062 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3625 Dallas Hwy SW | |
| Number    Street | Number    Street |
| Suite 840 | |
| | P.O. Box |
| Marietta    GA    30064 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    https://100percentchiropractic.com/locations/west-cobb-ga/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **100 Percent Chiropractic Foster, LLC**  Case number (*if known*)_____
          Name

---

7. **Describe debtor's business**

   A. *Check one:*
   - ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **6213**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
              District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☑ No
    - ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                                    MM / DD / YYYY
              Case number, if known _____

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor  100 Percent Chiropractic Foster, LLC                                    Case number (if known)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____

_____   _____   _____
City                                              State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name       _____
       Phone              _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                 ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor  100 Percent Chiropractic Foster, LLC                    Case number (*if known*)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/24/2025
            MM / DD / YYYY

✘ /s/ Jamie Foster                               Jamie Foster
Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Will Geer                                  Date  07/24/2025
Signature of attorney for debtor                        MM / DD / YYYY

Will Geer
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number     Street

Atlanta                                           GA         30329
City                                              State      ZIP Code

404-584-1238                                      wgeer@rlkglaw.com
Contact phone                                     Email address

940493                                            GA
Bar number                                        State

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 4

| Fill in this information to identify the case: |
|---|
| Debtor name: 100 Percent Chiropractic Foster, LLC |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Georgia Department of Revenue Bankruptcy 2595 Century Parkway NE, Suite 339 Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 272,000.00 |
| 2 | American Express P.O. Box 981535 El Paso, TX, 79998-1535 | | Credit Card Debt | | | | 81,671.80 |
| 3 | Striker Contracting Overlook III 2859 Paces Ferry Road Suite 1750 Atlanta, GA, 30339 | | Services | | | | 58,834.00 |
| 4 | Adam Smith The Whiting-Turner Contracting Company 1015 N. 98th Street, Ste. 101 Omaha, NE, 68114 | | Monies Loaned / Advanced | | | | 38,574.90 |
| 5 | Michael Lonati 110 Evans Mill Drive #101 Dallas, GA, 30157 | | Monies Loaned / Advanced | | | | 37,077.50 |
| 6 | Sharon Henry 149 Greenfield Road Hiram, GA, 30141 | | Monies Loaned / Advanced | | | | 34,753.00 |
| 7 | Corporate Debt Advisors 1903 S. Congress Avenue Ste. 150 Boynton Beach, FL, 33426 | | Services | Disputed Unliquidated Contingent | | | 31,337.87 |
| 8 | Nicholas Hofman 1349 W. Peachtree Street NW Ste. 1050 Atlanta, GA, 30309 | | Monies Loaned / Advanced | | | | 25,500.00 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor  100 Percent Chiropractic Foster, LLC            Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CP Venture Five - AWC LLC<br>c/o Poag Shopping Centers, LLC<br>2650 Thousand Oaks Blvd., Ste. 2200<br>Memphis, TN, 38118 | | Arrearage on real property lease | | | | 18,500.00 |
| 10 | A88A Professional Consulting, LLC<br>Andrew Anderson, Owner<br>128 Sierra Circle<br>Woodstock, GA, 30188 | | Monies Loaned / Advanced | | | | 17,905.29 |
| 11 | Bottom Line Concepts<br>3323 NE 163rd Street<br>Ste. 302<br>North Miami Beach, FL, 33160 | | Suppliers or Vendors | | | | 13,700.00 |
| 12 | American Express<br>P.O. Box 981537<br>El Paso, TX, 79910 | | Credit Card Debt | | | | 11,096.98 |
| 13 | Harry Price<br>1376 Cameron Glen Drive<br>Marietta, GA, 30062 | | Monies Loaned / Advanced | | | | 10,583.48 |
| 14 | Blue Sky Law<br>4045 Orchard Road<br>Bldg 400<br>Smyrna, GA, 30080 | | | | | | 7,836.60 |
| 15 | NCMIC Finance Corporation<br>14001 University Avenue<br>Clive, IA, 50325 | | | | | | 6,578.45 |
| 16 | JPMorgan Chase Bank<br>PO Box 15369<br>Wilmington, DE, 19850 | | Credit Card Debt | | | | 5,350.03 |
| 17 | Allied Interstate LLC (United Healthcare)<br>PO Box 5002<br>Fogelsville, PA, 18051 | | Collection Agency | Disputed | | | 5,293.09 |
| 18 | Sasson Law<br>2500 North Military Trail<br>Boca Raton, FL, 33431 | | Services | | | | 4,275.00 |
| 19 | Hadiel Jassim<br>122 Crestbrook Lane<br>Dallas, GA, 30157 | | Patient refund | | | | 2,453.57 |
| 20 | Tatjana Franjga<br>53 Cypress Drive<br>Dallas, GA, 30157 | | Patient refund | | | | 2,421.84 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: 100 Percent Chiropractic Foster, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/24/2025
MM / DD / YYYY

✗ /s/ Jamie Foster
Signature of individual signing on behalf of debtor

Jamie Foster
Printed name

Manager
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

100% Epic, LLC
PO Box 2198
Colorado Springs, CO 80901

A88A Professional Consulting, LLC
Andrew Anderson, Owner
128 Sierra Circle
Woodstock, GA 30188

Adam Smith
The Whiting-Turner Contracting Company
1015 N. 98th Street, Ste. 101
Omaha, NE 68114

Allied Interstate LLC (United Healthcare)
PO Box 5002
Fogelsville, PA 18051

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981537
El Paso, TX 79910

Amur Equipment Finance
304 West 3rd St
Grandisland, NE 68801

Ariel Bouskila, Esq.
1545 U.S. 202 Ste. 101
Pomona, NY 10970

Black Olive Capital, LLC
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Blue Sky Law
4045 Orchard Road
Bldg 400
Smyrna, GA 30080

Bottom Line Concepts
3323 NE 163rd Street
Ste. 302
North Miami Beach, FL 33160

Christina Potter Bayern, Esq.
Potter Bayern Law, PLLC
400 N. Tampa Street, 15th Floor
Tampa, FL 33602

Corporate Debt Advisors
1903 S. Congress Avenue
Ste. 150
Boynton Beach, FL 33426

Corporation Service Company, as representative
2567 73429
PO Box 2576
Springfield, IL 62708

Courtney Hollis Taylor
Zwicker & Associates, P.C.
3505 Koger Blvd., Ste. 125
Duluth, GA 30096

CP Venture Five - AWC LLC
c/o Poag Shopping Centers, LLC
2650 Thousand Oaks Blvd., Ste. 2200
Memphis, TN 38118

CP Venture Five - AWC LLC
c/o Poag Shopping Centers, LLC
1770 Kirby Parkway Ste. 215
Memphis, TN 38138

Creative Office Solutions
1625 Williams Drive #204
Marietta, GA 30066

Creative Office Solutions

Financial Agent Services
PO Box 2576
Springfield, IL 62708

Financial Services
PO Box 209505
Dallas, TX 75320

Georgia Central Mechanical
PO Box 129
Senoia, GA 30276

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Gill Valerio
16703 Early Riser Avenue
Land O'Lakes, FL 34638

Hadiel Jassim
122 Crestbrook Lane
Dallas, GA 30157

Harry Price
1376 Cameron Glen Drive
Marietta, GA 30062

Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308-0000

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie Foster, D.C.
1458 Fenwick Drive SW
Marietta, GA 30064

Jani-King of Atlanta
6801 Governor's Lake Parkway
Ste. 280
Norcross, GA 30071

JPMorgan Chase Bank
PO Box 15369
Wilmington, DE 19850

Krissty Foster
585 Westchester Circle SW
Marietta, GA 30064

Krissty Foster
1458 Fenwick Drive SW
Marietta, GA 30064

Michael Lonati
110 Evans Mill Drive
Dallas, GA 30157

NCMIC Finance Corporation
14001 University Avenue
Clive, IA 50325

Nicholas Hofman
1349 W. Peachtree Street NW
Ste. 1050
Atlanta, GA 30309

PGIM Real Estate
Attn: Law Department
7 Giralda Farms
Madison, NJ 07940

Precision Waste Solutions
PO Box 678114
Dallas, TX 75267

Ridgestone Capital
18565 Jamboree Road
Suite 275
Irvine, CA 92612

Sasson Law
2500 North Military Trail
Boca Raton, FL 33431

Sharon Henry
149 Greenfield Road
Hiram, GA 30141

Striker Contracting
Overlook III
2859 Paces Ferry Road Suite 1750
Atlanta, GA 30339

Tactic Franchising, LLC
20551 N. Pima Road
Ste. 100
Scottsdale, AZ 85255


Tatjana Franjga
53 Cypress Drive
Dallas, GA 30157


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

United States Bankruptcy Court

Northern District of Georgia

In re: 100 Percent Chiropractic Foster, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/24/2025

/s/ Jamie Foster

Signature of Individual signing on behalf of debtor

Manager

Position or relationship to debtor